

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kenneth Lewis<br><br>**Plaintiff,**<br>V.<br><br>R. J. Donovan<br><br>**Defendant.** | Civil Action No. 21-cv-01267-DMS-AGS<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

DISMISSES Plaintiff's Complaint sua sponte for failing to state a claim upon which Section 1983 relief can be granted pursuant to 28 U.S.C. § 1915A(b)(1) without leave to amend. Case is Closed.

Date: 11/15/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ Z. Akindipe

Z. Akindipe, Deputy